# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

IN RE

DOROTHY ANN CURTIS     CASE NO. 17-51288

DEBTOR

DOROTHY ANN CURTIS     PLAINTIFF

V.     ADV. NO. 17-5025

COUNTRYSIDE RENTALS INC., et al.     DEFENDANTS

## ORDER TO SHOW CAUSE

The Court having issued its Order for Trial on February 8, 2018 [ECF No. 11] ("Trial Order"), requiring the parties to submit certain documents, lists, filings, briefs, and other matters to the Court, and having reviewed the file, and it appearing that the parties have failed to timely and substantially comply with the terms of said Trial Order,

It is ORDERED that counsel for the Plaintiff and the Defendants shall appear **at 10:00 a.m. on May 23, 2018, in the U.S. Bankruptcy Court, United States Courthouse Annex, U.S. District Courtroom C (3rd Floor), 310 South Main Street, London, Kentucky**, and show cause, if any they have, why the Plaintiff's Complaint should not be dismissed or the Defendant's Answer should not be stricken and a Judgment entered against him pursuant to the prayer of the Complaint for failure to timely and substantially comply with the Trial Order. Late filing of required documents does not excuse the parties' appearance at the show cause hearing.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, May 18, 2018**
(grs)